## SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

MEGHAN A. ADAMS
JUDGE

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801
(302) 255-0634

June 25, 2026

C. Barr Flinn, Esq.
Paul J. Loughman, Esq.
Zeliang Liu, Esq.
Young Conaway Stargatt and Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Joseph B. Cicero, Esq.
Ryan M. Lindsay, Esq.
Dakota B. Eckenrode, Esq.
Chipman Brown Cicero and Cole LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801

RE: *IntelliBridge, LLC v. Brett Kimura*
 C.A. No. N25C-12-604 MAA CCLD

Counsel:

Defendants/Counterclaim Plaintiffs ("Defendants") move for leave to file a motion for summary judgment (the "Motion").[1] Delaware courts have previously denied such motions when there are "no good reasons to permit a motion for summary judgment"[2] and summary judgment proceedings would be "apt to waste, rather than conserve, the resources of the parties and the court."[3] Summary judgment is only appropriate when "there is no genuine issue as to any material fact" and the moving party is "entitled to judgment as a matter of law."[4]

---

[1] D.I. 37 ["Mot."].
[2] *Kulak v. On, 2026* WL 1122367, at *13 (Del. Ch. April 24, 2026).
[3] *In re XL Fleet (Pivotal) S'holder Litig.*, 2024 WL 3888738, at *1 (Del. Ch. Aug. 21, 2024) (quoting *Orloff v. Shulman*, 2007 WL 1862742, at *1 (Del. Ch. June 20, 2007).
[4] Super. Ct. Civ. R. 26(b)(1).

After reviewing the Parties' briefing, the Court finds Defendants have failed to show good reason to permit a motion for summary judgment. Defendant's Puckboard arguments rely upon "common knowledge" in the government contracting industry, which presents a question of material fact.[5] Defendant's CMS arguments rely upon disputed facts. These disputed facts include whether Defendants' had pre-closing knowledge CMS intended to terminate its contracts with Revacomm and whether Plaintiff/Counterclaim Defendant had pre-closing knowledge Mr. Wood intended to depart from CMS.[6]

Under these circumstances, the resources that would be expended on a motion for summary judgment would be wasteful, as Defendants cannot show no genuine issues of material fact exist or that Defendants are entitled to judgment as a matter of law. Defendants' Motion therefore must be DENIED.

**IT IS SO ORDERED.**

Sincerely,

*/s/ Meghan A. Adams*

Meghan A. Adams, Judge

cc: All Counsel via File and Serve
MAA/ls

---

[5] *Id.* ¶ 13.
[6] Mot. ¶ 21; Mot. Response ¶ 21.